USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4-14-14__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
JAMEELA AGHILI, Individually and : Case No. 12-CIV-7536 (PAC)(KNF)
on Behalf of All Other Persons Similarly Situated, :
 :
　　　　　　　　　Plaintiffs, : **ORDER OF**
 : **DISCONTINUANCE**
　　-against- :
 :
CRUNCH, LLC, :
 :
　　　　　　　　　Defendant. :
---------------------------------------------------------- x

**PAUL A. CROTTY, U.S.D.J.:**

　　The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

　　　　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　_/s/ Paul A. Crotty_
　　　　　　　　　　　　　　　　　　　　　Hon. Paul A. Crotty
　　　　　　　　　　　　　　　　　　　　　U.S.D.J.

Dated: New York, New York
　　　　April 14, 2014

## LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500
FACSIMILE: (212) 687-1505
www.liddlerobinson.com
Email: apaparella@liddlerobinson.com

MIRIAM M. ROBINSON (RETIRED)

BLAINE H. BORTNICK
DAVID I. GREENBERGER
MICHAEL E. GRENERT
JAMES W. HALTER
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK
CHRISTINE A. PALMIERI
ANDREA M. PAPARELLA
MARC A. SUSSWEIN

SHERRY M. SHORE
MATTHEW J. MCDONALD
GEOFFREY R. BOWSER
JENNIFER RODRIGUEZ
J.R. ROTHSTEIN
ROBERT L. ADLER
KRISTA E. BOLLES*
CAITLIN D. BROWN*
CARA B. CHOMSKI**

*AWAITING ADMISSION
**ADMITTED IN ILLINOIS ONLY

April 10, 2014

**By E-mail / Marlon_Ovalles@nysd.uscourts.gov;**
**CrottyNYSDChambers@nysd.uscourts.gov**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 735
New York, New York 10007-1312

Re:  Jameela Aghili v. Crunch, LLC
     12 Civ. 7536 (PAC) (KNF)

Dear Judge Crotty:

We represent Plaintiff Jameela Aghili. We write, on behalf of both parties, to advise the Court that the parties have reached a resolution of the matter in principle and are in the process of finalizing this resolution. Accordingly, we request that Your Honor issue a "30-Day Order" discontinuing the action with prejudice and without costs to any party. We have enclosed a Proposed Order for Your Honor's review.

In the event the Court does not issue the "30-Day Order," the Defendant has consented to extending the deadline for Plaintiff to amend her complaint to May 9, 2014. The extension will affect no other currently scheduled deadlines.

Respectfully submitted,

Andrea Paparella

Andrea M. Paparella

Enclosure

cc:  Jonathan L. Sulds, Esq. (by e-mail / suldsj@gtlaw.com)