UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMEELA AGHILI, Individually and on Behalf of
All Other Persons Similarly Situated

        Plaintiffs,

-against-

CRUNCH, LLC,

        Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-14

Index No. 12-cv-7536 (PAC)

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendant, that all of Plaintiff's claims set forth in the Complaint are hereby voluntarily dismissed in their entirety and with prejudice.

LIDDLE & ROBINSON, L.L.P.
*Attorneys for Plaintiff*
800 Third Avenue
New York, New York 10022
(212) 687-8500

By: _____
    Andrea Paparella, Esq.

Dated: April 14, 2014

LITTLER MENDELSON, P.C.
*Attorneys for Defendant*
~~900~~ Third Avenue
New York, New York 10022-3298
(212) 583-9600

By: _____
    David M. Wirtz, Esq.

Dated: April 15, 2014

SO ORDERED on this 21st day of April, 2014

_____
United States District Judge